MURFIELD, GUARDIAN, APPELLEE, v. STATE FARM INSURANCE COMPANY, APPELLANT.

[Cite as Murfield v. State Farm Ins. Co. (1986),
22 Ohio St. 3d 54.]

(No. 85-985—Decided February 5, 1986.)

*Wolske & Blue, Walter J. Wolske, Jr.* and *Gerald S. Leeseberg,* for appellee.

*Hamilton, Kramer, Myers & Cheek, Charles N. Myers, Jr., Emerson Cheek III* and *James R. Gallagher,* for appellant.

This cause on appeal from the court of appeals (case No. 84-CA-30) is reversed on authority of *Hedrick* v. *Motorists Mut. Ins. Co.* (1986), 22 Ohio St. 3d 42, decided this day.

LOCHER, HOLMES, DOUGLAS and WRIGHT, JJ., concur.

CELEBREZZE, C.J., SWEENEY and C. BROWN, JJ., dissent.